Exhibit 1

|    | Plaintiff | Original Civil Action | Second Civil Action |
|---|---|---|---|
| 1 | Abarca, Edgar | 06cv1648 | 07cv1550 |
| 2 | Aguilar, Luis | 06cv12701 | 07cv1553 |
| 3 | Alvarracin, Jose | 06cv14456 | 07cv1556 |
| 4 | Annunziato, Phillip | 06cv14466 | 07cv1557 |
| 5 | Arbelaez, Fabio | 05cv10747 | 07cv1558 |
| 6 | Arias, Julio | 06cv1340 | 07cv1559 |
| 7 | Aristizabal, Enid | 06cv4377 | 07cv1560 |
| 8 | Avila, Cesar | 06cv1588 | 07cv1563 |
| 9 | Bajguz, Aleksander | 06cv2528 | 07cv1566 |
| 10 | Banda, Ivan | 06cv14483 | 07cv1567 |
| 11 | Banda, Nestor | 06cv14484 | 07cv1568 |
| 12 | Benitez, Luis | 06cv13799 | 07cv1570 |
| 13 | Calero, Ivan | 06cv1650 | 07cv1575 |
| 14 | Campuzano, Consuelo | 06cv14529 | 07cv1579 |
| 15 | Cardenas, Edison | 06cv14533 | 07cv1580 |
| 16 | Claret, Cecilia | 06cv14554 | 07cv1591 |
| 17 | Colucci, Christopher | 06cv14564 | 07cv1592 |
| 18 | Criollo, Jose | 05cv1104 | 07cv1547 |
| 19 | Deleon, Isabel | 06cv14593 | 07cv1600 |
| 20 | Dutan, Elvia | 06cv5504 | 07cv1606 |
| 21 | Encalada, Jorge | 05cv10737 | 07cv1607 |
| 22 | Flynn, James | 06cv14652 | 07cv1610 |
| 23 | Gallo, Juan | 06cv14670 | 07cv1614 |
| 24 | Garcia, Jose | 06cv2218 | 07cv1616 |
| 25 | Garcia, Viviana | 06cv14671 | 07cv1617 |
| 26 | Gomez, Gildardo | 06cv2285 | 07cv1621 |
| 27 | Hernandez, Robert | 06cv14719 | 07cv1624 |
| 28 | Hurtado, William | 06cv10781 | 07cv1625 |
| 29 | Idrovo, Edgar | 06cv11025 | 07cv1627 |
| 30 | Kowalczyk, Adam | 06cv2252 | 07cv1642 |
| 31 | Kukacki, Kazimierz | 06cv14781 | 07cv1643 |
| 32 | Lopez, Milton | 06cv14805 | 07cv1653 |
| 33 | Maldonado, Mariana | 06cv1786 | 07cv1656 |
| 34 | McCann, James | 06cv14847 | 07cv1660 |
| 35 | Mendez, Edgar | 05cv1180 | 07cv1663 |
| 36 | Moreno, Sandra | 06cv14901 | 07cv1670 |
| 37 | Narvaez, Carlos | 06cv2221 | 07cv1672 |
| 38 | Ocampo, Orlando | 05cv9161 | 07cv1673 |
| 39 | Pachay, Maximo | 05cv9041 | 07cv1678 |
| 40 | Padilla, Carmen | 05cv9822 | 07cv1679 |
| 41 | Pena, Gabriel | 05cv1385 | 07cv1681 |
| 42 | Pina, Napoleon | 06cv12413 | 07cv1685 |
| 43 | Polo, Jose | 05cv1418 | 07cv1686 |
| 44 | Porowski, Piotr | 06cv3850 | 07cv1687 |
| 45 | Reyes, Angel | 06cv14998 | 07cv1691 |
| 46 | Rivera, Sonia | 06cv6234 | 07cv1692 |
| 47 | Robles, Maria | 06cv11257 | 07cv1693 |
| 48 | Rodriguez, Rosa | 06cv845 | 07cv1695 |

Exhibit 1

| | | | |
|---|---|---|---|
| 49 | Rojas, Mario | 06cv5786 | 07cv1697 |
| 50 | Savage, Gertrudis | 05cv9951 | 07cv1701 |
| 51 | Sumba, Samuel | 05cv1783 | 07cv1710 |
| 52 | Valenzuela, Mario | 06cv14159 | 07cv1718 |
| 53 | Villafuerte, Julio | 06cv1652 | 07cv1724 |
| 54 | Vivar, Rosa | 06cv997 | 07cv1726 |

Case 1:07-cv-01553-AKH    Document 7-2    Filed 10/10/2007    Page 2 of 2

Exhibit 1